UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL BANKS a/k/a DANNY BANKS                                    PETITIONER

v.                                                CIVIL ACTION NO. 1:13cv476-DPJ-FKB

RONALD KING                                                        RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge Ball recommended denial of Banks's petition for writ of habeas corpus. Under Local Rule 72(a)(3), and as noted by Judge Ball in the Report and Recommendation, Banks's objections to the Report and Recommendation were due to be filed within 14 days of its entry, or by December 5, 2013. Timely objections were not filed, but Banks filed a motion [13] seeking an extension through December 26, 2013, to file his objections. The Court granted Banks's motion, extending the deadline for his objections to December 26, 2013. To date, no objections have been filed.

The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court, and the same entire action should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2014.

                                            s/ *Daniel P. Jordan III*
                                            UNITED STATES DISTRICT JUDGE